

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00046-CV

JAMES COPE                                                          APPELLANT

V.

ANGELA COPE                                                          APPELLEE

------------

### FROM THE 271ST DISTRICT COURT OF JACK COUNTY
### TRIAL COURT NO. 14-01-005

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 28, 2015, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: July 16, 2015